Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Sanja D. Pughsley |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number | 21-14362 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner Trustee for ACM Prime Alamosa 2018 Trust

**Court claim no.** (if known): 14-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 3 3 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/01/2022

**New total payment:** $ 827.64
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

    ☑ No
    ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

    Current escrow payment: $ _____   New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

    ☐ No
    ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

    Current interest rate: 2.085 %   New interest rate: 3.085 %
    Current principal and interest payment: $ 312.02   New principal and interest payment: $ 362.19

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

    ☑ No
    ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    (Court approval may be required before the payment change can take effect.)

    Reason for change: _____
    Current mortgage payment: $ _____   New mortgage payment: $ _____

Official Form 410S1                 Notice of Mortgage Payment Change                 page 1

Debtor 1 __Sanja D. Pughsley_____ Case number (if known) __21-14362__
First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons                         Date  08/09/2022
Signature

Print:  Molly Slutsky Simons                       Title  Attorney for Creditor
        First Name    Middle Name    Last Name

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
         Number    Street
         Loveland                    OH    45140
         City                        State  ZIP Code

Contact phone  513-444-4100           Email  bankruptcy@sottileandbarile.com

BSI Financial Services
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
bsi.myloanweb.com

July 5, 2022

SANJA PUGHSLEY

1440 MAPLE AVE, SUITE 6B
LISLE           IL  60643

Loan Number:

Property Address: 10532 S GREEN ST
CHICAGO           IL 60643

Dear SANJA PUGHSLEY:

**Changes to Your Mortgage Interest Rate and Payments on 44805.**

**Under the terms of your mortgage modification dated 10/01/17, you are coming up on a step change during which your interest rate will change to the next step rate. Per the terms of your modification agreement, your interest rate will change to 3.08500%, effective 44805. This change in your interest rate will result in a new monthly payment of $362.19, and your first payment at the new adjusted amount is due 10/01/22.   You will receive a letter notifying you of each step rate change.**

The table below shows your existing rate and payment and your new rate and payment:

|  | **Current** Rate and Payment | **New** Rate and Payment |
|---|---|---|
| **Interest Rate** | 2.08500% | 3.08500% |
| **Principal & Interest Payment** | $312.02 | $362.19 |
| **Escrow (Taxes and Insurance)** | $465.45 | $465.45 |
| **Total Payment** | $777.47 | **$827.64**<br>**Due 10/01/22** |

**Licensed as Servis One, Inc. dba BSI Financial Services**.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 10:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not do and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



BSI Financial Services
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
bsi.myloanweb.com

> **Please note:**
>
> Your monthly payment includes an escrow amount for property taxes, hazard insurance and other escrowed expenses (if applicable). If the cost of your homeowner's insurance, property taxes or other escrowed expenses increase, your monthly payment is subject to increase as well. The escrow payment amounts shown are based on current data and represent a reasonable estimate of expenditures for future escrow obligations; however, please note that your escrow payments may be adjusted periodically in accordance with applicable laws.
>
> Your total monthly payment is calculated by adding the principal, interest and escrow amounts.

**If You Anticipate Problems Making your Payments:**

- Contact BSI Financial Services at 1-800-327-7861 as soon as possible.

- If you seek an alternative to the upcoming changes to your interest rate and payment, the following options may be possible (most are subject to lender approval):
  - Refinance your loan with another lender;
  - Modify your loan terms with us;
  - Sell your home and use the proceeds to pay off your current loan;
  - If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to enter into a short sale by selling your home and using the proceeds to pay off your current loan or to deliver to us a deed-in- lieu of foreclosure.

- If you would like contact information for counseling agencies or programs in your area, call the
  U.S. Department of Housing and Urban Development (HUD) at 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. If you would like contact information for a state housing finance agency, contact the U.S. Consumer Financial Protection Bureau (CFPB) at http://www.consumerfinance.gov/mortgagehelp/.

Sincerely,

BSI Financial Services
NMLS # 38078; # 126672

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

GR-2009-01042016_CA11042015

**Licensed as Servis One, Inc. dba BSI Financial Services**.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 10:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 21-14362 |
| Sanja D. Pughsley | Chapter 13 |
| Debtor. | Hon. Judge Carol A. Doyle |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Mortgage Payment Change upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on August 9, 2022, before the hour of 5:00 p.m.

Claudia Farfan Badillo, Debtor's Counsel
badillolawyer@gmail.com

Thomas H. Hooper, Chapter 13 Trustee
thomas.h.hooper@chicagoch13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Sanja D. Pughsley, Debtor
10532 S. Green St.
Chicago, IL 60643

Dated: August 9, 2022

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor